WILLIAM W. COHEN, Appellant, v. GUSTAVE E. KAACKE, Respondent.— Appeal dismissed unless appellant shall file and serve the printed papers by April seventeenth.

CLOVER CREST STOCK FARMS, INC., Respondent, v. PACIFIC FIRE INSURANCE COMPANY, Appellant, Impleaded, etc.— Appeal dismissed unless appellant shall file and serve printed papers on appeal and printed briefs by April twenty-first.

In the Matter of the Estate of ROBERT C. BEACH, Deceased.— Decree affirmed, with costs. All concur.

THE NIAGARA FALLS POWER COMPANY, Respondent, v. PETTEBONE-CATARACT PAPER COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur; Sears, J., not sitting.

THE NIAGARA FALLS POWER COMPANY, Respondent, v. CATARACT CITY MILLING COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur; Sears, J., not sitting.

INTERNATIONAL FUEL AND IRON CORPORATION, Appellant, v. DONNER STEEL CO., INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur, except Sears, J., who dissents and votes for modification by striking out the provisions for an examination in respect to damages.

In the Matter of the Application of KENSINGTON-DAVIS CORPORATION, Respondent, for a Peremptory Mandamus Order Directed to FRANK X. SCHWAB and Others, Comprising the Council of the City of Buffalo, and Others, Appellants.— Order affirmed, with costs. All concur.

KIMBERLEY CONSTRUCTION COMPANY, INC., Respondent, v. THE XARDELL CORPORATION, Appellant.— Judgment affirmed, with costs. All concur.

JULIUS L. COHN and Another, Doing Business under the Firm Name and Style of COHN BROTHERS & COMPANY, Respondents, v. SAMUEL SEEBERG, Appellant.— Judgment affirmed, with costs. All concur.

JOSEPH W. HOPPER, Respondent, v. GUY W. SHOEMAKER, Appellant.— Order affirmed, with costs. All concur.

MAX-FRIETAG, as Administrator, etc., of CORNELIUS GOLDE, Deceased, Respondent, v. FRED RHODES, Appellant.— Judgment and order affirmed, with costs. All concur.

JOHN SEROW, Respondent, v. STATE OF NEW YORK, Appellant.— Judgment affirmed, with costs, but without passing upon the question of whether or not it is the duty of the State or city to maintain the bridge. New findings made. All concur.

In the Matter of the Application of CHARLES H. PORTER, Appellant, for an Order of Mandamus. W. HOWARD HATCH and Others, as Directors of the Orleans County Farmers' Mutual Insurance Company, Respondents.— Order affirmed, with costs. All concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDNA EDMUNDS, Appellant.— Judgment of conviction affirmed. All concur.

ARTHUR L. NUESSLE, Respondent, v. OSCAR MEISENZAHL, Appellant.— Order affirmed, with costs. All concur.

TOWN OF TONAWANDA, Respondent, v. CITY OF BUFFALO, Appellant.— Order modified and affirmed, without costs of this appeal to either party. All concur.